Case 1:15-cv-00382-RHB-PJG Doc #11 Filed 05/14/15 Page 1 of 1 PageID#51

FILED - GR
May 14, 2015 9:05 AM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ns / SCANNED BY clp 5/15

To: Magistrate Judge Phillip Green / Clerk of the Court

From: William-Frederick: Kemp, Jr. (a "natural person") an American national (Art. IV, §4., Amend. I, IV, V, VI, IX and X) Non-assumpsit to de facto 14th Am Citizenship, Representation and payment of the Public Debt for Cause: (1968 UTAH SUPREME COURT CASE: DYETT-v-TURNER) All God-given and unalienable "Rights" expressly reserved UCC §1308 without prejudice...

Reason: Evidence for: 1:15-cv-0382 and 1:15-cv-0406, i.e. Standing as a natural person - U.S. Dist Ct. Grand Rapids

Greetings,

Please find enclosed "EVIDENCE" in the form of Federal Court documents "Filed" in the U.S. Federal Court of Claims...

Please place these certified ~~COPIES~~ in the EVIDENCE FILE for both cases identified supra - "Evidence" of a natural person in regards filing and standing in those causes of action (and "file fees") Non-obstante.

L.S.
5/14/2015

William Frederick: Kemp, Jr.
a natural person / American national
All "Rights" Reserved UCC §1308